STATE

v.

**WILLDEN**

20170392

Supreme Court of Utah.

07/05/2017

20150701

Petition for Writ of Certiorari Denied.

ANDERSEN

v.

**CROWTHER**

20170344

Supreme Court of Utah.

07/05/2017

20160676

Petition for Writ of Certiorari Denied.

STATE

v.

**VASQUEZ**

20170481

Supreme Court of Utah.

07/27/2017

20161056

Petition for Writ of Certiorari Denied.

STATE

v.

**MARTINEZ-CASTELLANOS**

20170323

Supreme Court of Utah.

07/31/2017

20130432, 389 P.3d 432

Petition for Writ of Certiorari Granted.